JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUEL HERNANDEZ-LUGO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-02401-MMD-BNW<br><br>**STIPULATION TO CHANGE DATE OF SCHEDULING CONFERENCE CONTAINED IN ECF NO. 34** |

WHEREAS, on May 15, 2020, this Court issued an Order Scheduling Settling Conference in which a settlement conference was scheduled to occur on July 17, 2020 (ECF No. 34); and

WHERAS, Defendant is already planning to have a representative travel to Las Vegas for a mandatory settlement conference in another case on an earlier date and the Court has indicated that it is available to re-schedule the settlement conference to take place on July 1, 2020 to accommodate Defendant;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., attorneys of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Justin W. Wilson, Esq. of THE POWELL LAW FIRM, attorneys of record for Plaintiff MANUEL HERNANDEZ-LUGO, as follows:

/ / /

CLAC 5642989.1

1. That the settlement conference originally scheduled by this Court to take place on July 17, 2020 (See ECF No. 34) be re-schedule to take place on July 1, 2020.

2. That in accordance with the prior order of this Court, on July 1, 2020, Plaintiff will report at **9:00 a.m.** to Judge Weksler's chambers, Room 3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada and Defendant will report to Judge Weksler's chamber at **9:30 a.m.**

3. That counsel for the parties will participate in a pre-Settlement Conference telephonic conference on **June 30, 2020** at **3:00 p.m.** (In accordance with the Court's prior order, Counsel will call 877-810-9415, access code 2365998, five minutes before the telephonic conference.)

4. That counsel for the parties understand that all other requirements set forth in the prior order of this Court in ECF No. 34 will apply, except that **each party's written evaluations will be submitted to Judge Weksler's chambers in Room 3071 by 4:00 p.m. on June 23, 2020.**

DATED this 20th day of May, 2020.            DATED this 20th day of May, 2020.

   THE POWELL LAW FIRM                          COOPER LEVENSON P.A.

By: /s/ Shane D. Cox                                    By: /s/ Jerry S. Busby
    Paul D. Powell, Esq.                                Jerry S. Busby, Esq.
    Nevada Bar No. 7488                                Nevada Bar No. 1107
    Justin W. Wilson, Esq.                              Gregory A. Kraemer, Esq.
    Nevada Bar No. 14646                              Nevada Bar No. 10911
    Shane D. Cox                                         3016 West Charleston Boulevard, #195
    Nevada Bar No. 13852                              Las Vegas, Nevada 89102
    8918 Spanish Ridge Avenue - #100            Attorney for Defendant
    Las Vegas, Nevada 89148
    Attorney for Plaintiff

IT IS SO ORDERED

DATED: 5:59 pm, May 26, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2