1 JERRY S. BUSBY
Nevada Bar #001107
2 GREGORY A. KRAEMER
Nevada Bar #010911
3 COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
4 Las Vegas, Nevada  89102
(702) 366-1125
5 FAX:  (702) 366-1857
jbusby@cooperlevenson.com
6 gkraemer@cooperlevenson.com

7 Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MANUEL HERNANDEZ-LUGO, individually, | CASE NO. 2:18-cv-02401-MMD-BNW |
|---|---|
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, on July 1, 2020, all parties and their counsel of record participated in a settlement conference before the Magistrate Judge which led to a settlement of any and all claims in this case;

IT IS HEREBY STIPULATED AND AGREED by and between JUSTIN W. WILSON, ESQ., of THE POWELL LAW FIRM, Attorneys for Plaintiff MANUEL HERNANDEZ-LUGO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

/ / /

/ / /

/ / /

/ / /

CLAC 5716990.1

1. Any and all claims herein against Defendant shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That any remaining hearings, trial dates or other deadlines be vacated.

DATED this 11th day of August, 2020.                    DATED this 11th day of August, 2020.

THE POWELL LAW FIRM                                     COOPER LEVENSON P.A.

By: /s/ Shane D. Cox                                    By: /s/ Jerry S. Busby
    Paul D. Powell, Esq.                                    Jerry S. Busby, Esq.
    Nevada Bar No. 7488                                     Nevada Bar No. 1107
    Justin W. Wilson, Esq.                                  Gregory A. Kraemer, Esq.
    Nevada Bar No. 14646                                    Nevada Bar No. 10911
    Shane D. Cox                                            3016 West Charleston Boulevard, #195
    Nevada Bar No. 13852                                    Las Vegas, Nevada 89102
    8918 Spanish Ridge Avenue - #100                        Attorney for Defendant
    Las Vegas, Nevada 89148
    Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 13, 2020

CLAC 5716990.1

2